UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE C. VILLARREAL,<br><br>          Plaintiff,<br><br>     v.<br><br>SUPERIOR COURT MERCED CO,<br><br>          Defendants. | No.  1:24-cv-01143 KES GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO INFORM COURT OF DETENTION STATUS<br><br>PLAINTIFF'S NOTICE OF STATUS DUE IN SEVEN DAYS |

Plaintiff, a litigant proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF No. 6. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The Court notes that Plaintiff is currently being held at Atascadero State Hospital. See ECF No. 1 at 1 (Plaintiff's address in case caption of complaint). However, it is unclear from the record whether Plaintiff is a civil detainee.[1]  Therefore, Plaintiff will be ordered to file a statement which informs the Court of his detention status.

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this order, Plaintiff shall file a statement with the Court indicating whether he is:  (1) a civilly

---

[1] Administrative procedural requirements as well as requirements to proceed in forma pauperis differ for civil detainees.

committed patient, or (2) incarcerated in connection with violations or alleged violations of criminal law or the terms and conditions of parole, probation, pretrial release, or a diversionary program.

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated: __October 21, 2024__              _____/s/ Gary S. Austin_____
                                         UNITED STATES MAGISTRATE JUDGE