1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NOE C. VILLARREAL,                    No.  1:24-cv-01143 KES GSA (PC)

12              Plaintiff,                 ORDER DIRECTING PLAINTIFF TO SHOW
                                           CAUSE WHY THIS MATTER SHOULD NOT
13        v.                               BE DISMISSED FOR FAILURE TO OBEY A
                                           COURT ORDER
14   SUPERIOR COURT MERCED CO. et al.,
                                           (See ECF No. 13)
15              Defendants.
                                           PLAINTIFF'S SHOWING OF CAUSE OR, IN
16                                         THE ALTERNATIVE, EITHER THE FILING
                                           OF:
17
                                           (1) A SECOND AMENDED COMPLAINT OR
18
                                           (2) A NOTICE OF VOLUNTARY
19                                         DISMISSAL OF THIS MATTER DUE IN
                                           THIRTY DAYS
20

21

22         Plaintiff is a litigant currently housed at Atascadero State Hospital who is proceeding

23   prose in this action.  He seeks relief pursuant to 42 U.S.C. § 1983 and other federal statutes, and

24   he has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis.  ECF Nos.

25   1, 6.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C.

26   §636(b)(1)(B).

27         For the reasons stated below, Plaintiff will be ordered to show cause why this matter should

28   not be dismissed for failure to obey a court order.  As an alternative to filing the showing of cause,

                                            1

Plaintiff may either file a second amended complaint or file a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Plaintiff will be given thirty days to take any one of these courses of action.

I.    RELEVANT FACTS

On March 11, 2025, Plaintiff's first amended complaint was screened, and it was determined that it failed to state a claim upon which relief could be granted and that it violated Federal Rules of Civil Procedure 8(a) and (d)(1), which required a short and plain statement and a simple, concise and direct pleading.  See ECF No. 13 at 7.  As a result, Plaintiff was given the opportunity to file a second amended complaint and was given thirty days to do so. Id.

More than thirty days have passed and Plaintiff has not filed a second amended complaint, nor has he requested an extension of time to do so.  Nor Plaintiff has not filed a notice with the Court to voluntarily dismiss this matter.  On the contrary, Plaintiff has not responded to the Court's order in any way.

II.    DISCUSSION

Given that Plaintiff has neither responded to the Court's order, nor opted to voluntarily dismiss this matter, Plaintiff will be ordered to show cause why this matter should not be dismissed for failure to obey a court order.  As an alternative to filing the showing of cause, Plaintiff may instead either file a second amended complaint, or he may file notice with the Court that he wishes to voluntarily dismiss this case.  Plaintiff will be given thirty days to take any one of these courses of action.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff is ordered to SHOW CAUSE why this matter should not be dismissed for failure to obey a court order.  See ECF No. 13;

2.  As an ALTERNATIVE to filing the showing of cause, Plaintiff may either FILE a second amended complaint or INFORM the Court that he would like to VOLUNTARILY DISMISS this case, and

3.  Plaintiff will be given thirty days to take any of these courses of action.

2

1      **Plaintiff is cautioned that failure to comply with this order within the time allotted**

2    **may result in a recommendation that this matter be dismissed.**

3

4

      IT IS SO ORDERED.

5

6        Dated:    __April 24, 2025__                __/s/ Gary S. Austin__
                                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28