UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE C. VILLARREAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT MERCED CO, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-01143 KES GSA (PC)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 15)<br><br>ORDER DIRECTING PLAINTIFF TO:<br><br>(1) FILE NOTICE OF CURRENT ADDRESS, AND<br><br>(2) FILE SECOND AMENDED COMPLAINT<br><br>PLAINTIFF'S NOTICE OF CURRENT ADDRESS DUE IN FOURTEEN DAYS<br><br>PLAINTIFF'S SECOND AMENDED COMPLAINT DUE IN THIRTY DAYS |

　　　　Plaintiff is a litigant who was previously housed at Atascadero State Hospital and who is proceeding pro se in this action. He seeks relief pursuant to 42 U.S.C. § 1983 and other federal statutes. This proceeding was referred to undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

　　　　Before this Court is a letter filed by Plaintiff in which he explains why he has failed to file a second amended complaint as he was given leave to do. See ECF No. 16. An order recommending that this matter be dismissed due to Plaintiff's failure to obey court orders and his

1

1 failure to prosecute is also pending in this matter.  ECF No. 15.

2   For the reasons stated below, the Court will withdraw its findings and recommendations
3 order.  In addition, Plaintiff will be ordered to file a notice of current address with the Court.
4 Plaintiff will be given fourteen days to do so.  Finally, Plaintiff will be given thirty days leave to
5 file a second amended complaint.

6   I. BACKGROUND

7   On March 11, 2025, the Court screened Plaintiff's first amended complaint ("FAC") and
8 found that it failed to state a claim upon which relief could be granted.  ECF No. 13 at 7.  As a
9 result, Plaintiff was given leave to file a second amended complaint ("SAC"), and he was given
10 thirty days to do so.  Id.

11   Plaintiff failed to file a SAC.  As a result, on April 25, 2025, the Court issued an order
12 directing Plaintiff to show cause why this matter should not be dismissed due to Plaintiff's failure
13 to obey a court order.  ECF No. 14.  Plaintiff's showing of cause was due in thirty days.  Id. at 2.
14   On May 6, 2025, the Court's order directing Plaintiff to show cause was returned to it
15 marked "Undeliverable, Not at Facility, Unable to Forward."  See 5/6/25 docket entry.
16 Thereafter, on June 25, 2025, because Plaintiff had neither filed a notice of change of address
17 within the thirty-day period allotted by the Local Rules, nor had he filed the showing of cause, the
18 Court issued the pending findings and recommendation order which recommends that this case be
19 dismissed for failure to prosecute and for failure to obey court orders.  ECF No. 15.  The next
20 day, the instant letter from Plaintiff was docketed.  ECF No. 16.  However, on July 8, 2025, the
21 Court's findings and recommendations order was returned to it marked "Undeliverable, RTS,
22 Attempted – Not Known, Unable to Forward."  See 7/8/25 docket entry.

23   Plaintiff's letter appears to state that he has filed papers with the Court, but that he has
24 never received anything back from it.  ECF No. 16.  In it, he asks if he can have another
25 opportunity to resubmit his filings.  Id. at 1.  In it, he also provides a residential address for
26 himself.  Id. at 2.  At the same time, however, Plaintiff states that he is in custody at the Tulare
27 County Jail.  Id.  A search for Plaintiff on the Tulare County Jail's website appears to indicate
28 that he is, in fact, currently incarcerated there.  See

1  https://tularecounty.ca.gov/sheriff/divisions/detentions1/detentions-operations/inmate-search/

2  (type "Villarreal" in search box; scroll down for "Villarreal, Noe") (last visited 7/8/25).

## II.   DISCUSSION

Plaintiff's letter, which was timely filed after the Court issued the pending findings and recommendations, indicates that he is still interested in prosecuting this case.  See ECF No. 16 at 1.  As a result, the Court will withdraw its findings and recommendations order, and it will give Plaintiff leave for a second time to file a second amended complaint.

However, the fact that the pending findings and recommendations order which was sent to Plaintiff's address of record – Atascadero State Hospital – was just returned to the Court marked "Undeliverable," coupled with the fact that Plaintiff's letter indicates that he is now incarcerated at the Tulare County Jail, indicates that Plaintiff needs to file a formal notice of change of address with the Court.  Irrespective of whether the Court has verified that Plaintiff is incarcerated at the Tulare County Jail, Plaintiff simply stating in his letter that he is – without more – is not enough, especially when in the same letter, Plaintiff has also provided a residential address for himself.

For these reasons, Plaintiff will be ordered to file a notice of change of address with the Court.  He will be given fourteen days to do so.  In addition, in an effort to ensure that Plaintiff receives this order, the Clerk of Court will be directed to send a copy of it to Plaintiff at the Tulare County Jail.

Accordingly, IT IS HEREBY ORDERED that:

1. In addition to serving this order on Plaintiff at his address of record – Atascadero State Hospital – the Clerk of Court shall also serve a copy of this order on Plaintiff at the Tulare County Jail;

2. In light of Plaintiff's letter, docketed on June 26, 2025 (ECF No. 16), the Court's findings and recommendations order, issued June 25, 2025 (ECF No. 15), is hereby WITHDRAWN;

3. Within fourteen days from the date of this order, Plaintiff shall FILE a notice of current address with the Court.  See Local Rule 183(b), and

4. Within thirty days from the date of this order, Plaintiff may FILE a second amended

complaint.[1]

**Plaintiff is cautioned that failure to comply with this order within the time allotted may result in another recommendation that this matter be dismissed.**

IT IS SO ORDERED.

Dated: __July 8, 2025__                   __/s/ Gary S. Austin__
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] In the alternative, Plaintiff may either stand on his FAC, which will lead to the issuance of another order that recommends that this case be dismissed, or he may voluntarily dismiss this matter pursuant to Federal Rule of Civil Procedure 41(b)(A)(1)(a)(i).