UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE C. VILLARREAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUPERIOR COURT MERCED CO., et al.,<br><br>　　　　Defendants. | No. 1:24-cv-01143 KES GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 20 |

　　　　Plaintiff Noe C. Villarreal proceeds pro se and in forma pauperis in this civil rights action brought under 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 28, 2025, the assigned magistrate judge issued findings and recommendations recommending that this matter be dismissed without prejudice for failure to state a claim and for failure to comply with Federal Rules of Civil Procedure 8(a)(2) and (d)(1).  Doc. 20. Specifically, the magistrate judge screened plaintiff's operative second amended complaint and found that it suffered from the same pleading deficiencies that were identified in the first amended complaint and the original complaint.  *Id.* at 4–5.  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service.  *Id.* at 5.  On August 4 and 11, 2025, plaintiff lodged two new amended complaints which, like the prior complaints, suffer from the same pleading deficiencies identified

by the magistrate judge. *Compare* Docs. 21, 22 (lodged amended complaints), *and* Docs. 1, 11, 18 (complaint, first amended complaint, second amended complaint), *with* Docs. 9, 13, 20 (setting forth pleading deficiencies). On August 18, 2025, plaintiff filed objections to the findings and recommendations. Doc. 23.

To the extent discernable, the objections represent that plaintiff received certain documents—presumably the findings and recommendations—after the objections period had expired. *Id.* at 1. However, other than objecting and requesting that "this matter just [be] give[n] a chance," plaintiff fails to address the findings and recommendations, and identifies no basis to undermine them. *Id.*

Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued July 28, 2025, Doc. 20, are adopted in full;
2. This matter is dismissed without prejudice for failure to state a claim and for failure to comply with Federal Rules of Civil Procedure 8(a)(2) and (d)(1); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 12, 2025

UNITED STATES DISTRICT JUDGE

2